No. 2641. Rosario, Apelante, *v.* Vega, Apelado.—Corte de Distrito de Guayama. Moción de la apelada para deses-timar la apelación y certificación que se acompaña. Re-suelto en enero 24, 1922. *Desestimada.*

No. 1848. El Pueblo, Apelado, *v.* Pérez, Apelante. — Corte de Distrito de San Juan, Segundo Distrito. Infrac-ción al artículo 162 del Código Penal. Resuelto en enero 26, 1922. Cuando la cuestión propuesta se refiere a la prueba, que es contradictoria y no se demuestra que la corte inferior actuara movida por pasión, prejuicio o parcialidad o manifiesto error, la sentencia apelada no será revocada.

No. 344. Simonpietri et al., Peticionarios, *v.* Hon. M. Rodríguez Serra, Juez, Demandado. — Corte de Distrito de San Juan, Segundo Distrito, *Certiorari.* Resuelto en enero 27, 1922. No apareciendo de la solicitud los errores que se alegan cometidos, de jurisdicción o procedimiento, no ha lu-gar a expedir el auto.

No. 1847. El Pueblo, Apelado, *v.* Meléndez, Apelante. Corte de Distrito de San Juan, Segundo Distrito. Infrac-ción al artículo 162 del Código Penal. Resuelto en enero 27, 1922. No aparecneindo de los autos, que se haya come-tido error fundamental alguno, se confirma la sentencia.

No. 1855. El Pueblo, Apelado, *v.* Rivera, Apelante.— Corte de Distrito de Guayama. Acometimiento y agresión con agravantes. Resuelto en enero 27, 1922. No existiendo pliego de excepciones ni relación de hechos y no apareciendo de los autos error fundamental alguno, se confirma la sen-tencia.